DAVID C. CAPELL (SBN: 114691)
LYNDY CHANG STEWART (SBN: 196455)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3154
Facsimile: (415) 986-8054
dcapell@grsm.com
lstewart@grsm.com

Attorneys for Defendant
TRANSAMERICA LIFE INSURANCE COMPANY

# UNITD STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ABRAHAM RASCON,<br><br>                Plaintiff,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY; DOES 1 to 20,<br><br>                Defendants. | CASE NO. 4:18-cv-07351-KAW<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br>Judge: Kandis A. Westmore<br>Complaint Filed: October 11, 2018 |

IT IS HEREBY STIPULATED by and between plaintiff Abraham Rascon and defendant Transamerica Life Insurance Company (collectively, the "Parties"), by and through their attorneys of record, to voluntarily dismiss, *with prejudice*, the above-referenced action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties further stipulate to voluntarily dismissing *with prejudice*, each and every allegation, cause of action, claim and prayer for relief asserted by Plaintiff in this action.

Dated: May 13, 2019

                                                KERN, SEGAL & MURRAY

                                                By:  */s/Philip A. Segal*
                                                         Philip A. Segal
                                                         Attorneys for Plaintiff
                                                         ABRAHAM RASCON

[*Signatures continued on next page.*]

| | |
|---|---|
| Dated: May 13, 2019 | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: */s/David C. Capell* |
| | David C. Capell |
| | Lyndy Chang Stewart |
| | *Attorneys for Defendant* |
| | TRANSAMERICA LIFE INSURANCE COMPANY |

DATED: 5/17/19



IT IS SO ORDERED

Judge Kandis Westmore

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111